IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO.: 8:22-mj-2190-JSS

CHRISTOPER RAYMOND JOSEPH,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITION OF PRETRIAL RELEASE

Defendant, through his undersigned counsel, hereby moves without opposition to modify one special condition of her pretrial release, as reflected in this Court's Order Setting Conditions of Release (Doc. 12). The requested modification is to Special Condition (i). (Doc. 12 at 2).

Neither the government, through AUSA Joseph Wheeler, III, nor Pretrial Services Officer Jacob Ely (of the Jacksonville Division) object to the requested relief.

Defendant relies on 18 U.S.C. § 3142(c)(3), which provides in its entirety that, "The judicial officer may at any time amend the order [of release] to impose … different conditions of release."

The requested modification is to the terms of Special Condition (i) that would remove the requirement of home detention and replace it with a condition requiring Mr. Christopher's presence in his parents' home every day between the hours of 10:00 p.m. and 6:00 a.m.

MEMORANDUM OF LAW

Defendant relies on 18 U.S.C. §3142(c)(3).

WHEREFORE, defendant moves to modify a special condition of his pretrial release.

Respectfully submitted,

FARMER & FITZGERALD, P.A.

/s/ *Matthew Farmer*
Matthew P. Farmer, Esq.
Fla. Bar No. 0793469
800 W. De Leon St.
Tampa, FL 33606
(813) 228-0095
FAX (813) 224-0269
MattFarmer1@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 6th day of April, 2023:

AUSA Joseph Wheeler, III
Joseph.wheeler2@usdoj.gov


*/s/ Matthew Farmer*
COUNSEL