IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           CASE NO.: 8:22-mj-2190-JSS

CHRISTOPHER RAYMOND JOSEPH,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY
CONDITION OF PRETRIAL RELEASE**

Defendant, Christopher Joseph, through his undersigned counsel, hereby moves without opposition to modify one special condition of his pretrial release, as reflected in this Court's Order Setting Conditions of Release (Doc. 12). The requested modification is to Special Condition (k). (Doc. 12 at 3).

The government, through AUSA Joseph Wheeler, III, has no objection to the requested relief.

Defendant relies on 18 U.S.C. § 3142(c)(3), which provides in its entirety that, "The judicial officer may at any time amend the order [of release] to impose … different conditions of release."

The requested modification is to the terms of Special Condition (k), which prohibits defendant from using the Internet, a computer, or a smartphone. He seeks modification that would allow him to use a computer, a smartphone, and the internet for the purposes of completing required summer course work, beginning July 3, 2023, at Florida State College – Jacksonville. Use of these devices, and access to the internet, will be strictly limited to college course work.

## MEMORANDUM OF LAW

Defendant relies on 18 U.S.C. §3142(c)(3) and on this Court's sound discretion.

WHEREFORE, defendant moves to modify a special condition of his pretrial release.

Respectfully submitted,

FARMER & FITZGERALD, P.A.


/s/ *Matthew Farmer*
Matthew P. Farmer, Esq.
Fla. Bar No. 0793469
800 W. De Leon St.
Tampa, FL  33606
(813) 228-0095
FAX (813) 224-0269
MattFarmer1@aol.com


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 22nd day of June, 2023:


AUSA Joseph Wheeler, III
Joseph.wheeler2@usdoj.gov


/s/ *Matthew Farmer*
COUNSEL