UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:23-cr-249-VMC-MRM
     18 U.S.C. § 1519

CHRISTOPHER JOSEPH

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about November 5, 2022, in the Middle District of Florida, and elsewhere, the defendant,

**CHRISTOPHER JOSEPH**

did knowingly alter and delete Telegram messages, with the intent to impede, obstruct and influence the investigation and proper administration of a matter that was within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States.

In violation of 18 U.S.C. § 1519.

ROGER B. HANDBERG
United States Attorney

By: _____
Joseph H. Wheeler III
Special Assistant United States Attorney

By: _____
Cherie L. Krigsman
Assistant United States Attorney
Chief, National Security Section