AO 455 (Rev. 1/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | Criminal No. 8:23 cr 249 VMC-MRM |
| CHRISTOPHER JOSEPH | |

I, Christopher Joseph, the above named defendant, who is accused of destruction of evidence, in violation of 18 U.S.C. § 1519, being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
Christopher Joseph
Defendant

_____
Matthew Farmer
Counsel for Defendant

Before _____
         Judicial Officer